

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00272-CV

**IN RE** Gladys **CARR**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

On July 2, 2025, this court issued an opinion denying relator's petition for writ of mandamus. On July 17, 2025, relator filed a motion for reconsideration. After considering the relator's arguments, the motion is **DENIED**.

It is so **ORDERED** on November 5, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022PC0301, styled *In re Estate of Eddy Colbert Carr, Deceased*, pending in the County Court At Law No 2, Guadalupe County, Texas.